# EXHIBIT B

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 2 | | |
| 2. AMENDMENT/MODIFICATION NO.: P00001 | 3. EFFECTIVE DATE: 06-Sep-2005 | 4. REQUISITION/PURCHASE REQ. NO.: W81G8C-5171-0004 | 5. PROJECT NO.(If applicable) |
| 6. ISSUED BY CODE W912P9<br>CONTRACTING DIVISION<br>USARMY ENGR DIST ST LOUIS<br>1222 SPRUCE ST RM 4.207<br>ST LOUIS MO 63103-2833 | | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SIMON ROOFING AND SHEET METAL CORP
KELLY WEST
70 KARAGO AVENUE
YOUNGSTOWN OH 44512-5949

CODE 1TNC9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. W912P9-05-D-0522

X 10B. DATED (SEE ITEM 13) 04-Sep-2005

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
52.243-4 Changes

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Project: Temporary Roofing Mission for Louisiana and Mississippi

The contract capacity for this award is hereby increased to $20,000,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>BRENDA WYNNE-GEORGE / CONTRACTING OFFICER<br>TEL: 314-331-8500 EMAIL: Brenda.Wynne-George@mvs02.usace.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>06-Sep-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION 00010 - SOLICITATION CONTRACT FORM

The total capacity of this contract was increased by $10,000,000.00 from $10,000,000.00 to $20,000,000.00.

SECTION 00700 - CONTRACT CLAUSES

The following have been modified:

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than **$100,000.00**, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of **$20,000,000.00**;

(2) Any order for a combination of items in excess of **$20,000,000.00**; or

(3) A series of orders from the same ordering office within **5 days** that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within **5 days** after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

(End of Summary of Changes)

# EXHIBIT C

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| ...0002 | 16-Sep-2005 | W81C8C-5171-0004 | |

6. ...UED BY CODE W912P9

CONTRACTING DIVISION
USARMY ENGR DIST ST LOUIS
1222 SPRUCE ST RM 4.207
ST LOUIS MO 63103-2833

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SIMON ROOFING AND SHEET METAL CORP
KELLY WEST
70 KARAGO AVENUE
YOUNGSTOWN OH 44512-5948

CODE 1TNC9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
W912P9-05-D-0522

X 10B. DATED (SEE ITEM 13)
04-Sep-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
52.243-4 Changes

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Project: Temporary Roofing Mission for Louisiana

The contract capacity for this award is hereby increased to $70,000,000.00.

An additional requirement has been added for subcontracting reports.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BRENDA WYNNE-GEORGE / CONTRACTING OFFICER<br>TEL: 314-331-8500 EMAIL: Brenda.Wynne-George@mvs02.usace.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>16-Sep-2005 |

...EPTION TO SF 30
...PROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION 00010 - SOLICITATION CONTRACT FORM
The total capacity of this contract was increased by $50,000,000.00 from $20,000,000.00 to $70,000,000.00.

SECTION 00700 - CONTRACT CLAUSES - Reference is made to Section 700, Contract Clause 52.219-9, "Small Business Subcontracting Plan". Note: The following have been added by full text:

SUBCONTRACTING REPORTING
In addition to other contract requirements of this contract, contractor shall, as a part of its subcontract program management and subcontracting plan, submit a report within seven (7) days of contract award, and weekly thereafter for the first 90 days of contract performance. Thereafter, reports will be submitted monthly. The report shall include information on all subcontract work awarded. Report format may be selected by the contractor, but as a minimum, the report shall include total dollars awarded on the contract to date to each of the following categories: large business, small business, small disadvantaged business, HUBZone small business, women-owned small business, service-disabled veteran-owned small business, veteran owned small business, , Historically Black Colleges/Minority Institutions. Also report total dollars awarded to local businesses in each of the following categories large business, small business, small disadvantaged business, HUBZone small business, women-owned small business, service-disabled veteran-owned small business, veteran owned small business, Historically Black Colleges/Minority Institutions. An example report form is attached. Report shall be submitted in triplicate. Reports for the State of Louisiana shall be sent Jean Todd. Other reporting requirements of this contract remain unchanged.

The following clause has been modified:

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $100,000.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of **$70,000,000.00**;

(2) Any order for a combination of items in excess of **$70,000,000.00**; or

(3) A series of orders from the same ordering office within 5 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.
(End of clause)

(End of Summary of Changes)

# EXHIBIT D

**DEPARTMENT OF THE ARMY**
LOUISIANA RECOVERY FIELD OFFICE, CORPS OF ENGINEERS
1900 N. LOBDELL BOULEVARD
BATON ROUGE, LOUISIANA 70806

April 29, 2006

Reply to Attention Of:

Contracting Division

Kelly West
Simon Roofing
70 Karago Avenue
Boardman, Ohio 44512-5949

Dear Ms. West:

Please reference Contract W912P9-05-D-0522 for the Blue Roof Mission.

We have reviewed your response dated April 17th, 2006 relating to our discussions held at the LA-RFO on April 3rd. At that time we offered you the opportunity to present us with a proposal for possible settlement. You have presented your conclusions, with which we do not concur.

This audit is on record and will stand as is. I will also remind you that Simon was a direct participant in the audit measurement process, along with the COE and DCAA, and therefore had your opportunity for input to the final audited measurements.

FAR Clause 52.215-2 Audit and Records-Negotiation allows the government to examine records to ensure the accuracy, completeness and currency of cost and pricing data related to the performance of the contract, subcontract or any modification thereto. The results of the audits conducted by the DCAA, COE and Simon resulted in the following findings:

Hurricane Katrina - $536,568.00 in over billings

We have also received a formal request from the U.S. Department of Labor, Wage and Hour Division (DOL) to withhold funds in the amount of $1,808,174.19 for alleged violations of the Davis-Bacon Act and the Contract Work Hours and Safety Standards Act by Simon and its subcontractors. In accordance with FAR 52.222-4(c) and FAR 52.222.7, we will withhold these funds as requested.

Therefore, the Government will withhold $536,568.00 for overpayments as a result of the DCAA audit findings and $1,808,174.19 as requested by the DOL from any amounts still due your company.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency

board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision;

POC for this action is Calvin Durgin, Contract Specialist, (225) 218-8107.

Sincerely,

Fannie M. Briggs

Fannie M. Briggs
Contracting Officer