IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMON ROOFING AND SHEET METAL CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-267C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. David M. Hibey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0163
Facsimile: (202) 514-8624

Dated: May 8, 2007

CERTIFICATE OF FILING

I hereby certify that on this 8th day of May, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/David M. Hibey