# In the United States Court of Federal Claims

No. 07-267C
Filed: May 10, 2007

*************************************
*
SIMON ROOFING AND SHEET METAL CORP., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The necessary agreement by both judges being present, pursuant to RCFC 40.1(b), it is hereby ordered that this case is transferred to Judge Francis M. Allegra.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**