# In the United States Court of Federal Claims

**No. 07-267 C**
**Filed: June 22, 2007,**
**nunc pro tunc, May 10, 2007**

**SIMON ROOFING AND METAL CORP.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Francis M. Allegra**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk