**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-267C (Judge Allegra) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 55-day enlargement of time, to and including August 20, 2007, within which to file a response to plaintiff's complaint. Presently, the Government's responsive pleading to the complaint is due no later than June 26, 2007. This is the Government's first request for an enlargement of time. Plaintiff's counsel represents that plaintiff consents to our request.

On June 21, 2007, plaintiff filed a second complaint against the Government in this Court. The plaintiff filed a notice of related case with this second complaint. See Document No. 9. During a telephone conversation on June 21, plaintiff's counsel indicated to undersigned counsel that plaintiff would seek to consolidate the two cases. Plaintiff's counsel also consented to our request to enlarge the time to respond to the complaint in the above-captioned matter by 55 days so that we could file our response to plaintiff's first complaint contemporaneously with our response to the plaintiff's second complaint. The Government also believes that this additional time will permit the parties an opportunity to explore settlement options.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of 55 days, to and including August 20, 2007, within which to file a responsive pleading to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

June 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of June, 2007, a copy of the foregoing "Defendant's Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey