# In The United States Court of Federal Claims

No. 07-267C

(Filed: June 25, 2007)

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 22, 2007, defendant filed an unopposed motion seeking an enlargement of time of 55 days, to and including August 20, 2007, in which to file its response to plaintiff's complaint. This motion is hereby **GRANTED**. Accordingly, on or before **August 27, 2007**, defendant shall file its response to plaintiff's complaint. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge