# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.** | ) | |
| **Plaintiff,** | ) | **No. 1:07-cv-00267** |
| **v.** | ) | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR CHANGE OF ATTORNEY OF RECORD

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, Plaintiff, Simon Roofing and Sheet Metal Corp. ("Simon Roofing") hereby moves this Court to substitute Anna Kathryn Raske, Esq. as Simon Roofing's Attorney of Record for Bryan Schwartz.

Anna K. Raske is a Partner with the firm of Benesch Friedlander Coplan & Aronoff LLP in Cleveland, Ohio. Her contact information is: Anna K. Raske, Benesch Friedlander Coplan & Aronoff LLP, 2300 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2378, Telephone (216) 363-4500, Facsimile (216) 363-4588 and E-mail: araske@bfca.com.

WHEREFORE, Plaintiff requests that this Court enter an Order approving Plaintiff's Motion For Change of Attorney of Record.

Respectfully submitted,

/s/ Anna K. Raske

Anna K. Raske (OH 0066997) *admitted to the U.S. Court of Federal Claims on May 29, 2007)*
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
araske@bfca.com

Consent of previous attorney, Bryan Schwartz, endorsed hereon:

/s/Bryan Schwartz

Bryan Schwartz (OH 0078527) *admitted to U.S. Court of Federal Claims on November 24, 1995)*
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
bschwartz@bfca.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMON ROOFING AND SHEET METAL CORP. | ) | |
| Plaintiff, | ) | No. 1:07-cv-00267 |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

AFFIDAVIT OF APPOINTMENT OF ANNA K. RASKE

I, ANNA K. RASKE, being first sworn, depose and state as follows:

1. Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, this Affidavit of Appointment is submitted in support of Plaintiff, Simon Roofing and Sheet Metal Corp.'s Motion For Change Of Attorney Of Record.

2. I am a partner at Benesch, Friedlander, Coplan & Aronoff LLP in Cleveland, Ohio and I am duly admitted to practice before the United States Court of Federal Claims.

3. I have been retained and appointed by Plaintiff, Simon Roofing and Sheet Metal Corp. to serve as Attorney of Record on their behalf in the above-captioned case.

Further Affiant sayeth naught.

ANNA K. RASKE

SWORN TO BEFORE ME, and subscribed in my presence, this 28th day of June, 2007.

TRISHA E. MCINTYRE, ESQ.
NOTARY PUBLIC STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION

NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion For Change Of Attorney Of Record and the accompanying Affidavit of Appointment were filed electronically in Case No. 1:07-cv-00267 on the 29 day of June, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Anna K. Raske
Anna K. Raske
Attorney for Plaintiff
Simon Roofing and Sheet Metal Corp.