**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SIMON ROOFING AND SHEET METAL CORP.**

Plaintiff,

**v.**

**Nos. 07-267-C**
**07-409-C**

**Judge Francis M. Allegra**

**THE UNITED STATES**

Defendant.

**MOTION TO CONSOLIDATE**

Pursuant to Rule 41.2 of the Rules of The United States Court of Federal Claims ("RCFC"), Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") hereby files this Motion to Consolidate the following actions: *Simon Roofing and Sheet Metal Corp. v. The United States* (Case No. 1:07-cv-00267) and *Simon Roofing and Sheet Metal Corp. v. The United States* (Case No. 1:07-cv-00409), each currently pending before Judge Francis M. Allegra.

Each of the individual Complaints filed in the above-referenced matters involve the same contract (Contract No. W912P9-05-D-0522) with the United States Army Corps of Engineers and the same parties; Simon Roofing and the United States Army Corps of Engineers and are, therefore, directly related. Accordingly, Simon Roofing requests that this Court consolidate the cases to promote efficient determination of the actions.

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP**

/s Anna K. Raske
ANNA K. RASKE (OH 0066997)
JEFFREY D. ZIMON (OH 0059565)
TASIA E. MCINTYRE (OH 0081259)
200 Public Square
2300 BP Tower
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

*Attorneys for Plaintiff, Simon Roofing and Sheet Metal Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Consolidate was filed electronically in Case No. 1:07-cv-00267 on the 1st day of August, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I hereby certify that the foregoing Motion to Consolidate was filed electronically in Case No. 1:07-cv-00409 on the 1st day of August, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Anna K. Raske
One of the Attorneys for Plaintiff
Simon Roofing and Sheet Metal Corp.