# In The United States Court of Federal Claims

No. 07-267C

(Filed: August 8, 2007)

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 7, 2007, defendant filed a motion to enlarge the deadline for filing its responsive pleading in *Simon Roofing and Metal Corp. v. United States*, No. 07-409C, to and including August 27, 2007. On August 8, 2007, that case was consolidated with the present case, putting both cases on the same schedule for disposition. Defendant's motion is hereby **GRANTED**. Accordingly, on or before August 27, 2007, defendant's responsive pleading shall be filed in both cases, 07-267C and 07-409C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge