**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Nos. 07-267C** |
| | ) | **07-409C** |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| Defendant. | ) | |

**JOINT MOTION FOR STAY**

Simon Roofing and Sheet Metal Corporation ("Simon Roofing" or "Plaintiff") and the United States ("Defendant") hereby respectfully request a stay in the above-captioned action for a period of forty-five (45) days from the date of this motion, until Monday, October 8, 2007.

The parties make this joint request on the grounds that they are actively pursuing settlement negotiations which, if successful, will obviate the need for further proceedings. During the past two weeks, the parties have exchanged tentative settlement proposals that would resolve several of the plaintiff's claims. The parties believe that a further exchange of proposals and information may lead to global settlement of all claims in lieu of further litigation. Due to the complexity of the issues and facts, the parties believe that it will take at least another two weeks for the parties to be in a position to exchange meaningful settlement proposals involving all claims at issue. Thus, the parties believe staying the above action for 45 days will permit the parties to exchange, consider, modify, and/or accept settlement proposals.

Respectfully submitted,

s/ANNA K. RASKE (OH #0066997)
ANNA K. RASKE
JEFFREY D. ZIMON (OH# 0059565)
TASIA E. MCINTYRE (OH #0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500; Fax:(216) 363-4588
Email jzimon@bfca.com; tkarel@bfca.com

***Counsel for Plaintiff***

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: August 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion for Stay was filed electronically in Case No. 1:07-cv-00267 on the 23rd day of August, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Anna K. Raske
One of the Attorneys for Plaintiff
Simon Roofing and Sheet Metal Corp.