# In The United States Court of Federal Claims

Nos. 07-267C and 07-409C

(Filed: August 24, 2007)

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 23, 2007, the parties filed a joint motion seeking to stay this case for 45 days on the grounds that they are engaged in settlement discussions. That motion is hereby **GRANTED**. Accordingly, this case is stayed until October 9, 2007. On or before October 9, 2007, the parties shall file a joint status report indicating the status of settlement. Should the parties ultimately fail to settle this case, defendant should anticipate receiving only a few days within which to file its response to plaintiff's complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge