# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant") respectfully submit this joint status report in the above-captioned action, as required by the Court's Order dated August 24, 2007.

Since the Court's August 24, 2007 Order, the parties have continued to engage in good-faith settlement negotiations regarding the two complaints at issue in this consolidated action. In fact, the parties have exchanged settlement proposals and have held multiple telephonic conferences in an effort to resolve both matters. In connection with plaintiff's complaint regarding the Defense Contract Audit Agency review (original complaint 07-267-C), the parties believe that the issues have been narrowed considerably, and each side remains optimistic that settlement will be reached short of litigation.

In connection with Plaintiff's complaint seeking an equitable adjustment (original complaint 07-409-C), the parties have exchanged settlement proposals and believe there exists the possibility for complete resolution of this matter as well. Plaintiff's claims in this latter complaint are complex, and the parties would like to continue to explore full resolution through

settlement before engaging in the significant discovery and litigation that this matter will involve.

Undersigned counsel for the Government is scheduled to be in Jackson, Mississippi for depositions in Bass Management, Inc. v. United States, (Cl. No. 07-56) during the week of October 15-19, and in Anchorage, Alaska for depositions during the week of October 22-26 in Kiewit/Manson v. United States, (Cl. No. 06-796). Counsel for the Government will also travel to Palo Alto, California for depositions in Clyde G. Steagall, inc. v. United States, (Cl. No. 07-130) from November 14-16. Therefore, due to the complexity of the issues and Government counsel's variable travel schedule, the parties respectfully request that they be permitted until November 30, 2007 to continue settlement discussions and negotiations and, at that time, the parties will provide the Court with an updated status report. The parties believe that this additional time will permit them to further explore, in good faith, the pending settlement proposals.

Respectfully submitted,

/s Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White Jr
FRANKLIN E. WHITE, JR.
Assistant Director

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: October 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Status Report was filed electronically in Case No. 1:07-cv-00267 on the 9th day of October, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Anna K. Raske
One of the Attorneys for Plaintiff
Simon Roofing and Sheet Metal Corp.