# In The United States Court of Federal Claims

Nos. 07-267C and 07-409C

(Filed: October 31, 2007)

---

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 10, 2007, the parties filed a joint status report indicating that they are engaged in settlement discussions, which may resolve the two complaints at issue. Accordingly, this case shall remain stayed until further order. On or before November 30, 2007, the parties shall file a joint status report indicating the status of settlement. If those status reports do not indicate that substantial progress is being made, the court will restore the case to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge