**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant") respectfully submit this joint status report in the above-captioned action, as required by the Court's order dated October 31, 2007.

Since the Court's October 31, 2007 order, the parties have continued to engage in good-faith settlement negotiations regarding the two complaints at issue in this consolidated action. The parties have recently exchanged updated settlement proposals and have held multiple telephonic conferences and exchanges of information in an effort to resolve both matters. In connection with Plaintiff's complaint regarding the Defense Contract Audit Agency review (original complaint 07-267-C), the parties have exchanged updated offers of settlement and continue to be optimistic about reaching full settlement short of litigation.

In connection with Plaintiff's complaint seeking an equitable adjustment (original complaint 07-409-C), the parties have exchanged updated settlement proposals and believe that substantial progress has been made through these negotiations. The parties intend to discuss further proposals in an effort to negotiate a settlement. Settlement talks continue to progress and

the parties would like to continue to discuss full resolution through settlement before engaging in the significant discovery and litigation that this matter will involve.

The parties believe that additional time will permit them to further narrow the areas in an effort to reach settlement. Accordingly, we respectfully request that the Court enter an order requiring that the parties submit a status report by no later than January 3, 2008.

Respectfully submitted,

/s Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: November 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Status Report was filed electronically in Case No. 1:07-cv-00267 on the 30th day of November, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Anna K. Raske
One of the Attorneys for Plaintiff
Simon Roofing and Sheet Metal Corp.