# In The United States Court of Federal Claims

Nos. 07-267C and 07-409C

(Filed: December 3, 2007)

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 30, 2007, the parties filed a joint status report indicating that they are engaged in settlement discussions, which may resolve the two complaints at issue. Upon review of that status report, the court hereby orders that on or before January 4, 2008, and every 28 days thereafter, the parties shall file a joint status report indicating the status of their settlement negotiations.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge