**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant") respectfully submit this joint status report in the above-captioned action, as required by the Court's order dated December 3, 2007.

Since the Court's December 3, 2007 order, the parties have continued to engage in good-faith settlement negotiations regarding the two complaints at issue in this consolidated action. On December 5, 2007, the parties discussed settlement proposals and agreed to exchange information in an effort to resolve both matters. On December 14, 2007, counsel for the plaintiff sent a letter to counsel for the defendant detailing two outstanding issues for the parties to resolve. The parties made attempts to reach one another throughout the recent holiday season to discuss the issues raised in the December 14 letter. On December 31, 2007, the parties were able finally to discuss the December 14 letter. Although the parties were not able to resolve the matter during this recent telephone conference, the parties remain optimistic that a resolution of the consolidated matter may be reached without the parties engaging in the significant discovery and litigation that this matter would involve.

The parties believe that additional time will permit them to further narrow the areas in an effort to reach settlement. Pursuant to the Court's December 3, 2007 order, the parties will submit a further status report by no later than February 1, 2008.

Respectfully submitted,

Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: January 4, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 4th day of January, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey