**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SCHEDULE SETTLEMENT CONFERENCE**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") hereby respectfully requests that the Court schedule a Settlement Conference in the above-captioned action.

On August 23, 2007, Simon Roofing and The United States ("Defendant") (collectively, with Simon Roofing, the "Parties") jointly moved this Court for a Stay in the above-captioned consolidated actions so that the Parties may engage in settlement negotiations. Since August 2007, the Parties have been involved in extensive settlement discussions and have provided the Court with joint status report updates every 28 days to indicate to the Court the progress of settlement negotiations.

As the Parties continue to work towards settlement, Simon Roofing believes that a settlement conference before the Court will be beneficial in moving the Parties toward final resolution. The Parties have been engaged in settlement discussions for approximately five (5) months, which has narrowed the issues considerably. However, the specific details of one point in the Parties' settlement agreement continue to cause problems. To ensure that settlement moves forward and to prevent continued delays, Simon Roofing believes that a settlement

conference before the Court, with the attendance of the Parties and their representatives, is necessary and appropriate. A settlement conference will permit the Parties to update the Court on the status of settlement, allow the Court to aid the Parties in reaching final resolution of the settlement details, and reduce continued delays.

Therefore, in an effort to curb further delays and to assist all concerned in moving this matter to a full and mutually acceptable resolution, Simon Roofing respectfully requests that this Court schedule a settlement conference, with the required attendance of the Parties and their representatives.

Respectfully submitted,

/s Anna K. Raske
ANNA K. RASKE (OH #0066997)
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

*Dated*: February 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Schedule Settlement Conference was filed electronically in Case No. 1:07-cv-00267 on the 6th day of February, 2008, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibey, attorney for Defendant. The notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Anna K. Raske
One of the Attorneys for Plaintiff
Simon Roofing and Sheet Metal Corp.