# In The United States Court of Federal Claims

Nos. 07-267C and 07-409C

(Filed: February 7, 2008)

---

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 6, 2008, plaintiff filed a motion seeking a status conference. The motion is hereby **DENIED**. Accordingly, on or before February 29, 2008, the parties shall file a joint status report indicating the status of settlement. If the status report does not reveal that significant progress has been made toward settlement, this case will be restored to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge