**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant") respectfully submit this joint status report in the above-captioned action, as required by the Court's orders dated December 3, 2007 and February 7, 2008.

Pursuant to the Court's orders, the parties are required to file a joint status report every 28 days to indicate to the Court the progress of settlement negotiations. The parties last filed a joint status report on February 1, 2008. Since February 1, 2008, the parties have exchanged oral and written settlement proposals. The parties now believe that they will be able to resolve these consolidated cases without the need for further litigation or judicial involvement. Indeed, defendant is currently considering Plaintiff's offer to settle the consolidated cases.

As Plaintiff's offer of compromise remains under consideration by Defendant, the parties respectfully request that they be permitted until March 28, 2008 to finalize settlement discussions. Should a Joint Stipulation of Settlement not be filed by that time, the parties will provide the Court with an updated status report on March 28, 2008.

Respectfully submitted,

/s/ Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: February 29, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 29th day of February, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Anna K. Raske