**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant" or the "Government") respectfully submit this joint status report in the above-captioned action, as required by the Court's orders dated December 3, 2007 and February 7, 2008.

The Court's orders require that the parties provide the Court with an update concerning the status of resolving the consolidated matter. Since the parties' last report on March 28, 2008, the parties have continued to engage in good-faith settlement negotiations regarding the two complaints at issue in this consolidated action. The parties have narrowed the issues in the dispute to one outstanding issue. How this outstanding issue is resolved depends, for the most part, upon counsel for the Government's receipt of information from one of its agencies. That information will permit the parties to determine how they wish to resolve this matter. Counsel for the Government expects to receive that information within the next week.

Government counsel will be traveling extensively over the course of the next six weeks in connection with the matter of Kiewit/Manson JV v. United States, (Ct. No. 06-796). Counsel for the Government will be traveling to Seattle and Spokane, WA and Anchorage, AK next week for

depositions in that matter. Counsel will return to Anchorage on May 20, 2008 for final preparation in anticipation of trial in that matter, which is scheduled to begin in Anchorage on May 27, 2008 and end on June 12, 2008. Notwithstanding Government counsel's schedule, counsel will work to resolve the outstanding issue between the parties while he travels.

The parties believe that additional time will permit them to further narrow the areas in an effort to reach settlement. Therefore, pursuant to the Court's December 3, 2007 and February 7, 2008 orders, the parties will submit a further status report by no later than May 22, 2008.

Respectfully submitted,

s/Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: April 25, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 25 day of April, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Anna K. Raske