**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant" or the "Government") respectfully submit this joint status report in the above-captioned action, as required by the Court's orders dated December 3, 2007 and February 7, 2008.

The Court's orders require that the parties provide the Court with an update concerning the status of resolving the consolidated matter. Since the parties' last report on April 25, 2008, the parties have continued to engage in good-faith settlement negotiations regarding the two complaints at issue in this consolidated action. The parties have participated in a telephone conference which resulted in the parties resolving the one outstanding issue mentioned in the parties' previous status report.

Before a determination can be made regarding whether settlement of this case is possible, the Government must complete its internal review process regarding settlement, to include obtaining review by the appropriate authorized representative of the Government. This approval process has been commenced by counsel for the Government. However, counsel for the Government is in Anchorage, AK for a three week trial scheduled to begin on May 27, 2008.

Nevertheless, the parties anticipate that they will be prepared to report whether or not final settlement has been approved prior to the parties' next joint status report, due June 23, 2008.

Respectfully submitted,

/s/Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: May 23, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 23 day of May, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anna K. Raske