**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant" or the "Government") respectfully re-submit its joint status report, originally submitted on July 17, 2008 in the above-captioned consolidated action, as required by the Court's orders dated December 3, 2007 and February 7, 2008.[1]

The Court's orders require that the parties provide the Court with an update concerning the status of resolving the consolidated matter. Since the parties' last report on June 20, 2008, the Government has obtained final settlement approval. The parties are in the process of preparing a settlement agreement. The process, however, is ongoing at this time. Nevertheless, the parties anticipate that they will be prepared to report whether or not final settlement has been reached prior to the parties' next joint status report, due August 15, 2008.

[1] On July 28, 2008, this Court struck from the record the parties' July 17, 2008 "Joint Status Report" because the report was electronically filed under No. 07-409C and not the lead case No. 07-267C in this consolidated matter.

Respectfully submitted,

/s/Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: July 29, 2008

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 29th day of July, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David M. Hibey