**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-267-C** |
| | ) | **No. 07-409-C** |
| | ) | **Judge Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Simon Roofing and Sheet Metal Corp. ("Simon Roofing" or "Plaintiff") and the United States ("Defendant" or the "Government") respectfully submit this joint status report in the above-captioned action, as required by the Court's orders dated December 3, 2007 and February 7, 2008.

The Court's orders require that the parties provide the Court with an update concerning the status of resolving the consolidated matter. Since the parties' last report on July 17, 2008, the parties have executed a settlement agreement. The parties anticipate filing a joint stipulation of dismissal within the next 30 to 45 days.

Respectfully submitted,

/s/Anna K. Raske
ANNA K. RASKE
JEFFREY D. ZIMON (OH#0059565)
TASIA E. MCINTYRE (OH# 0081259)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
E-mail: araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

***Counsel for Plaintiff***

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

***Counsel for Defendant***

Date: August 15, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 15th day of August, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Anna K. Raske